UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
OLGA MIZENINA,

              Plaintiff,        :        **ECF CASE**

     v.

                                 07 Civ. 6896 (LAK)

MICHAEL CHERTOFF, et al.

              Defendants.      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         August 15, 2007

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                           Southern District of New York

                                         By:    /s/_____
                                                           JOHN D. CLOPPER
                                                          Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                          New York, New York 10007
                                                          Telephone: (212) 637-2716
                                                          Facsimile: (212) 637-2750
                                                          Email: john.clopper@usdoj.gov

TO:    Gregory Romanovsky, Esq.
         14-16 Webster Street
         Brookline, MA 02446