UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA A. MIZENINA,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>MICHAEL CHERTOFF<br>EMILIO T. GONZALEZ<br>MARY ANN GANTNER<br>ROBERT S. MUELLER, III<br><br>　　　　　Defendants | C.A. No. 07-6896 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

## NOTICE OF DISMISSAL

Having obtained the relief he was seeking through the above-captioned action (i.e., adjudication of her Application for Naturalization), the Plaintiff dismisses the above-captioned action, pursuant to Fed. R. Civ. P. 41 (a)(1)(i).

Respectfully submitted,
Plaintiff, by her Attorney

Gregory Romanovsky, Esq.
Law Office of Boris B. Maiden
14-16 Webster Street
Brookline, MA 02446
617 739 6977

Dated: September 17, 2007

LOCAL COUNSEL

/s/ H.Raymond Fasano, Esq.
H. Rayford Fasano, Esq.
Madeo & Fasano
299 Broadway
New York, NY 10007
212 791-7791

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 17, 2007.

/s/ H.Raymond Fasano, Esq.
H. Rayford Fasano, Esq.

SO ORDERED
LEWIS A. KAPLAN, USDJ 11/1/07

1